UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAHMEL STOKES,

                Plaintiff,

      -against-

MID-HUDSON PSYCHIATRIC FORENSIC
CENTER,

                Defendant.

25-cv-6730 (KMW)

CIVIL JUDGMENT

For the reasons stated in the September 24, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    December 2, 2025
          New York, New York

                    /S/ Kimba M. Wood
                      KIMBA M. WOOD
                United States District Judge